# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMY STANKIEWICZ, | : | CIVIL ACTION NO. 3:20-CV-2021 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| PUMP N' PANTRY, INC., *et al.*, | : | |
| | : | |
| Defendants | : | |

## CASE MANAGEMENT ORDER

AND NOW, this 4th day of March, 2021, in accordance with Federal Rule of Civil Procedure 16(b) and Local Rule of Court 16.1, and following a telephonic case management conference attended by all parties, during which the views of all counsel were solicited, it is hereby ORDERED that:

1. The following dates and deadlines shall govern the discovery and dispositive motions phase of the above-captioned civil action:

   | | |
   |---|---|
   | **Joinder of Parties:** | July 1, 2021 |
   | **Amendment of Pleadings:** | July 1, 2021 |
   | **Fact Discovery:** | September 1, 2021 |
   | **Affirmative Expert Reports:** | October 6, 2021 |
   | **Responsive Expert Reports:** | November 3, 2021 |
   | **Supplemental Expert Reports:** | November 17, 2021 |
   | **Dispositive Motions** *and* Supporting Briefs: | December 1, 2021 |

2. Any request for extension of the discovery deadline must be made at least 14 days prior to the close of discovery. Requests for extensions of the above time periods will not be granted except for good cause.

3. Any request for extension of the above time periods must be made by motion in conformity with Local Rules 5.1(g), 7.1, and 7.5 and must be signed by counsel in conformity with the Civil Justice Reform Act of 1990, 28 U.S.C. § 473(b)(3). Counsel shall not mutually agree to extend any time periods covered by this order, the Federal Rules of Civil Procedure, or the Local Rules of Court without court approval.

4. If dispositive motions are not filed by the deadline established in paragraph 1, the court will schedule a telephonic conference call with the parties to discuss pretrial and trial scheduling. If the parties determine in advance of the dispositive-motion deadline that no such motions will be filed, the parties shall so notify the court.

5. The Clerk of Court shall issue our standard civil practice order forthwith. Counsel and *pro se* parties are responsible for reading the civil practice order thoroughly upon receipt and for reviewing it regularly as the case proceeds.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania