IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMY STANKIEWICZ,** | : | CIVIL ACTION NO. 3:20-CV-2021 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **PUMP N' PANTRY, INC., and PUMP N' PANTRY, INC.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 13th day of April, 2021, upon consideration of the motion (Doc. 6) filed by defendants Pump N' Pantry, Inc. to dismiss plaintiff Amy Stankiewicz's complaint (Doc. 1) pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Pump N' Pantry's motion (Doc. 6) is GRANTED and Stankiewicz's complaint (Doc. 1) is DISMISSED without prejudice.

2. Stankiewicz is granted leave to file an amended complaint within 21 days of the date of this order in accordance with the accompanying memorandum. In the absence of a timely filed amended complaint, the Clerk of Court shall close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania