IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMY STANKIEWICZ,** | : | **CIVIL ACTION NO. 3:20-CV-2021** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **PUMP N' PANTRY, INC., and** | : | |
| **PUMP N' PANTRY, INC.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 4th day of January, 2022, upon consideration of the motion (Doc. 20) filed by defendants Pump N' Pantry, Inc., to dismiss plaintiff Amy Stankiewicz's amended complaint (Doc. 19) pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Pump N' Pantry's motion (Doc. 20) is DENIED.

2. Pump N' Pantry shall respond to the amended complaint (Doc. 19) in accordance with the Federal Rules of Civil Procedure.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania